112 A.3d 1207

COMMONWEALTH of Pennsylvania, Petitioner

v.

Claude DESCARDES, Respondent.

Supreme Court of Pennsylvania.

April 7, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by petitioner, is:

Whether the Superior Court's conclusion that [respondent] was entitled to *coram nobis* review conflicts with the holdings of the Pennsylvania Supreme Court in *Commonwealth v. Ahlborn* and *Commonwealth v. Hall* as well as prior Superior Court precedent?